AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HIGGINBOTHAM, PATRICK E | U.S. COURT OF APPEALS, FIFTH | 05/03/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |

5b. ☐ Amended Report

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 903 SAN JACINTO BLVD, ROOM 400 <br> AUSTIN, TX 78701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE, CHAIR, BOARD OF TRUSTEES | THE CENTER FROM AMERICAN & INTERNATIONAL LAW (FORMERLY THE SOUTHWESTERN LEGAL FOUNDATION) |
| 2. BOARD OF OVERSEERS | RAND - INSTITUTE FOR CIVIL JUSTICE |
| 3. ETHICS 2000 COMMISSION, MEMBER | AMERICAN BAR ASSOCIATION |
| 4. CO-INDEPENDENT EXECUTOR | TRUST #1 |
| 5. INDEPENDENT EXECUTOR | TRUST #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | SMU (TEACHING - SPRING) | $ 15,000.00 |
| 2. 2005 | MATTHEW BENDER (WRITING) | $ 1,584.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. SEE ATTACHMENT | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNT | B | Interest | J | T | | | | | |
| 2. NEW YORK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 3. BEAL BANK ACCOUNTS | B | Interest | J | T | | | | | |
| 4. VERIZON COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. GEORGIA ST RFDG SER E (MUNI BOND) | A | Interest | K | T | | | | | |
| 7. WALTON CO GA DEV AUTH IDR WALTON MFG CO (MUNI BOND) | A | Interest | J | T | | | | | |
| 8. FULTON CNTY GA DEV AUTH SPL FACS REV DELTA (MUNI BOND) | B | Interest | J | T | | | | | |
| 9. CHEROKEE CO GA HOSP AUTH RV CTFS REF MBIA | B | Interest | K | T | | | | | |
| 10. CHATHAM CNTY GA HOSP REV | A | Interest | J | T | | | | | |
| 11. FULCO GA HSP AT RV ANTIC CTFS ST | B | Interest | K | T | | | | | |
| 12. GEORGE L. SMITH II GA WLD CONGR RV (MUNI BOND) | A | Interest | J | T | | | | | |
| 13. RICHMOND CNTY GA WTR-SEW REV (MUNI BOND) | B | Interest | K | T | | | | | |
| 14. FULCO GA HOSP AT REV ANT CTFS HLTH SYS (MUNI BOND) | B | Interest | K | T | | | | | |
| 15. FULTON CNTY GA DEV AT RV GA TECH FNDTN (MUNI BOND) | A | Interest | J | T | | | | | |
| 16. AGL RESOURCES INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 17. AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BELLSOUTH CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. COMCAST CORP NEW CLASS A COMMON STOCK | | None | J | T | | | | | |
| 20. CINERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. DTE ENERGY COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 23. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. LUCENT TECHNOLOGIES INC COMMON STOCK | | None | J | T | | | | | |
| 25. POST PROPERTIES INC REIT | A | Dividend | J | T | | | | | |
| 26. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | | | | | |
| 27. MS MUN INC OPPT ST III | A | Interest | J | T | | | | | |
| 28. MS QUALITY MUN SECS (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 29. PIMCO TOTAL RETURN FD (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 30. PIONEER HIGH YIELD FUND CLASS C | A | Dividend | J | T | | | | | |
| 31. VAN KAMPEN SENIOR INCM TR | A | Dividend | J | T | | | | | |
| 32. TRUST #1 | | None | | | NO VALUE | | | | |
| 33. TRUST #2 - RENTAL PROPERTIES (TARRANT COUNTY, TX) | A | Rent | N | W | | | | | |
| 34. TRUST #2 - ROYALTY INTEREST (TULSA, OK) | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/03/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa‌ Date 5/9/06

NOTE: ANY INDIVIDUAL WHO KNOW‌‌‌ ‌‌‌LSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## SECTION IV. REIMBURSEMENTS AND GIFTS

Attachment to AO-10 - Financial Disclosure Statement

Patrick E. Higginbotham
Report Dated _____

| SOURCE | DESCRIPTION |
|---|---|
| Stanford Law School | Panelist, Stanford, CA<br>February 4-5<br>(transportation, parking, lodging, meals) |
| American Inns of Court<br>Search Committee | Committee member - Washington, DC<br>March 16<br>(transportation, parking, lodging, meals) |
| RAND, Institute for Civil<br> Justice Meeting of Board | Participant, Santa Monica, CA<br>March 17-18<br>(transportation, parking, lodging, meals) |
| ABOTA/FDCC 2005 Summit | Participant, Las Vegas. NV<br>April 1<br>(transportation, lodging, meals, parking) |
| South Texas College of Law | Moderator, Houston, Texas<br>April 8<br>(transportation, meals, parking) |
| JAMS | Participant, Las Vegas, NV<br>April 28-30<br>(transportation, parking, lodging, meals) |
| RAND, Institute for Civil<br> Justice Meeting of Board | Participant, Washington, DC<br>October 27-28<br>(transportation, parking, lodging, meals) |
| Wake Forest University Moot Court | Participant, Winston-Salem, NC<br>November 17-20<br>(transportation, parking, lodging, meals) |